AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| American Builders Insurance Company Risk Retention Group, Inc., *Plaintiff* | ) | |
| v. | ) | Civil Action No. 9:25-cv-13270-BHH |
| Hernandez Cadena Construction, LLC and G&S Supply Co. *Defendants* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _________ recover from the defendant *(name)* _________ the amount of ________ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____________________ recover costs from the plaintiff *(name)* __________________.

■ other: Default judgment is entered for the plaintiff as to Defendant Hernandez Cadena Construction, LLC.

This action was *(check one)*:

❒ tried by a jury, the Honorable _______________ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____________ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding.

Date: March 30, 2026

*ROBIN L. BLUME, CLERK OF COURT*

s/R. Heinen

*Signature of Clerk or Deputy Clerk*