UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| AMERICAN BUILDERS INSURANCE COMPANY RISK RETENTION GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HERNANDEZ CADENA CONSTRUCTION, LLC and G & S SUPPLY CO.,<br><br>Defendants | CASE NO.: 9:25-cv-13270-BHH<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT G & S SUPPLY CO. ONLY** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT G & S SUPPLY CO. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1).**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff American Builders Insurance Company Risk Retention Group, Inc. hereby voluntarily dismisses without prejudice all claims against Defendant G & S Supply Co. only. This Notice does not affect the Court's Order granting default judgment and declaratory relief against Defendant Hernandez Cadena Construction, LLC (See ECF No. 11), which remains in full force and effect.

Respectfully submitted,

*s/ Christopher C. Mingledorff*
Christopher C. Mingledorff
South Carolina Bar No. 100390
S.C. District Court Bar No. 12034
MINGLEDORFF LAW GROUP, LLC
100 Coastal Drive, Suite 210
Charleston, South Carolina 29492
(843) 377-8295 – Telephone
***Attorney for Plaintiff***

March 31, 2026
Charleston, South Carolina

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing document was filed via CM/ECF on March 31, 2026. And was served on Defendants Hernandez Cadena Construction, LLC and G&S Supply Co. via electronic communication and U.S. Mail as follows:

Hernandez Cadena Constuction, LLC

1324 Winterberry Ave

Goose Creek, SC 29445

and

G&S Supply Co.

c/o Steve Smith, Reg. Agt.

peggy@smithlawcarolinas.com

By: *Isl Christopher C. Mingledorff*

Christopher C. Mingledorff, Esq.

S.C. District Bar No. 12034